UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MODEST E. DONALDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No. 11-cv-554-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny petitioner Modest E. Donaldson's application for Supplemental Security Income benefits is reversed and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

**NANCY J. ROSENSTENGEL**

**s/ Jina Hoyt, Deputy Clerk**

Date: July 27, 2012

Approved:   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**